IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN M CARMAN,

    Plaintiff,
v.                                      CASE NO. 1:04-cv-00103-MP-AK

JO ANNE B BARNHART,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Order directing the defendant to file exhibits missing from the transcript. (Doc. 15). Defendant is unopposed to the relief requested in Plaintiff's motion, and the Court therefore GRANTS the motion. Defendant shall on or before December 9, 2005, file the missing exhibits and Plaintiff shall file his brief within fourteen (14) days thereof.

    **DONE AND ORDERED** this 21st day of November, 2005

                S/ A Kornblum
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**