IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN M. CARMAN,

    Plaintiff,

v.                                            CASE NO. 1:04-cv-00103-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendations of the Magistrate Judge, recommending that Defendant's Motion to Remand, Doc. 19, be granted, and this cause be remanded to the Commissioner for further proceedings by the Administrative Law Judge. It is also recommended that final judgment be entered in this case for the plaintiff. The Magistrate Judge filed the Report and Recommendation on Wednesday, December 21, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant's motion to remand, Doc. 19, is granted. This cause remanded to the

      Commissioner for further proceedings by the Administrative Law Judge.  Upon remand, the Administrative Law Judge is to conduct a de novo review to include missing exhibits from the previous decision.

3.     The Clerk is directed to enter judgment for the Plaintiff in this case.

**DONE AND ORDERED** this   *23rd* day of January, 2006

                        *s/Maurice M. Paul*
                   Maurice M. Paul, Senior District Judge